by 9th Cir. R. 36–3.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Willie Keith JACKSON, Defendant–Appellant.**

**No. 08–30259.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 2, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Kevin Feldis, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Willie Keith Jackson, Anthony, TX, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Willie Keith Jackson appeals pro se from the district court's order reducing his sentence to 180 months imprisonment pursuant to 18 U.S.C. § 3582(c)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The government's contention that we lack jurisdiction to review the district court's discretionary decision regarding the sentence reduction is foreclosed. *See United States v. Colson,* 573 F.3d 915, 915–16 (9th Cir.2009) (Order).

▇▇▇ Jackson contends that the district court abused its discretion under 18 U.S.C. § 3582(c)(2) by, among other things, not reducing his sentence further.

The record reflects that the district court did not abuse its discretion because it considered the factors under 18 U.S.C. § 3553(a) and sentenced Jackson consistently with the applicable policy statements issued by the Sentencing Commission. *See* 18 U.S.C. § 3582(c)(2); *see also United States v. Hicks,* 472 F.3d 1167, 1171 (9th Cir.2007). Jackson's contention that the district court erred by failing to conduct a full resentencing hearing, at which he was entitled to personally appear, also fails. *See* Fed.R.Crim.P. 43(b)(4); *see also Hicks,* 472 F.3d at 1171 (noting that § 3582(c)(2) proceedings do not constitute full re-sentencings).

We decline to consider Jackson's remaining contentions as they are not properly within the scope of this appeal. *See* U.S.S.G. § 1B1.10 n. 2.

Jackson's motion for the court to take judicial notice of docketing errors is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.